

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-18-00430-CR

Orlando **ORTIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 17-06-00056-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Liza A. Rodriguez, Justice

Appellant's brief was originally due on January 16, 2019. On January 17, 2019, we granted appellant's first motion for extension of time to February 15, 2019. On February 25, 2019, we granted appellant's second motion for extension of time to March 15, 2019. We explained in our order that no further extensions would be granted absent extenuating circumstances. On March 20, 2019, after appellant filed a third motion for extension of time arguing extenuating circumstances existed, we granted a third extension to April 12, 2019. In our order, we again explained that no further extensions would be granted absent extenuating circumstances. Appellant has now filed a fourth motion for extension of time. Appellant's motion is DENIED.

We ORDER appellant's attorney to file appellant's brief on or before **April 29, 2019.** If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court